# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:   ALLIANCE BANCORP, INC. | : | Chapter: 7 |
| | : | |
| Debtor. | : | Case No. 07-10943 (CSS) |
| | | |
| KATHERINE JONES, on behalf of herself and all others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Adv.Pro .No.  08-50317 (CSS) |
| | : | |
| v. | : | |
| | : | |
| ALLIANCE BANCORP, INC., | : | |
| ARLIE OPPORTUNITY MASTER FUND, LTD., | : | |
| and WDM FUND, L.P., | : | |
| Defendants. | : | |
| | : | |

## STIPULATION TO EXTEND TIME TO ANSWER OR MOVE WITH RESPECT TO COMPLAINT

It is hereby stipulated and agreed, by and between counsel for the Plaintiff and counsel for Montague S. Claybrook, Chapter 7 Trustee for Alliance Bankruptcy, Inc. ("Defendant"), that the time for Defendant to answer, plead, respond or otherwise move with respect to the Complaint in the above-captioned action is extended to and including May 9, 2008.

Christopher D. Loizides
2008.04.01 13:26:29 -04'00'

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728

Adam T. Klein
Jack A. Raisner
René S. Roupinian
OUTTEN & GOLDEN, LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

- and -

_____
Bonnie Glantz Fatell
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 425-6423
Facsimile: (302) 428-5110

- and -

Raymond M. Patella
One Logan Square
Philadelphia, PA  19103-6998
Telephone: (215) 569-5781
Facsimile: (215) 832-5781

*Counsel for the Defendant*

080401131010.DOC

Paul J. Lukas
Donald H. Nichols
Matthew C. Helland
NICHOLS KASTER & ANDERSON PLLP
80 South Eighth Street, Suite 4600
Minneapolis, MN 55402-2242
Telephone: (877) 448-0492

*Counsel for the Plaintiff and the putative Class*

SO ORDERED:

DATED: _____, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge